UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br><br>Plaintiff(s),<br>v.<br><br>COMMERCIAL AIRCRAFT INTERIORS LLC, et al.,<br><br>Defendant(s). | CASE NO. C26-1261-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) Plaintiff's motion for default judgment and declaration in support thereof identify $9,150 as a reasonable fee for the appointment of an independent fiduciary to administer the Plan. Dkt. No. 8 at 10; Dkt. No. 8-2 at 4. However, Plaintiff's proposed order granting default judgment reflects a lesser amount. Dkt. No. 8-3. If Plaintiff intends to seek an amount other than what is set forth in its proposed order, Plaintiff shall file a corrected proposed order no later than September 28, 2026.

Dated this 22nd day of September 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk